UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Loretta Azuka Obi

    v.

Case No. 18-cv-550-SM

Exeter Health Resources, Inc., et al

ORDER

No objection having been filed, I herewith approve the Superseding Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 2, 2018 for the reasons set forth therein. Claims 2(c) and 4, as identified in the Superseding Report and Recommendation, are dismissed as to all defendants. Plaintiff's defamation claims and fraud claims are dismissed without prejudice.

"'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

Date: October 27, 2018

cc: Loretta Azuka Obi, pro se
    Timothy Benjamin Sweetland, Esq.
    Julie K. Connonlly, Esq.