UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Loretta Azuka Obi</u>

    v.

<u>Exeter Health Resources, Inc.</u>;      Case No. 18-cv-550-SM
<u>Core Physician LLC</u>; and
<u>Barton Associates, Inc.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 29, 2018, for the reasons set forth therein. Plaintiff's Motion to Amend Complaint is hereby denied.

                                        Steven J. McAuliffe
                                        United States District Judge

Date: November 8, 2018

cc:   Loretta Azuka Obi, pro se
      Timothy Benjamin Sweetland, Esq.
      Christopher R. O'Hara, Esq.
      Jennifer A. Scully, Esq.
      Julie K. Connolly, Esq.